UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSHUA MARTINEZ,

                              Plaintiff,                          **ORDER**

          - v -
                                                                 17-CV-2871 (AMD) (PK)
POLICE OFFICER CORY SMITH,

                              Defendant.
-----------------------------------------------------------x
**Peggy Kuo, United States Magistrate Judge:**

        Joshua Martinez ("Plaintiff"), presently incarcerated at the Robert N. Davoren Complex

("RNDC") on Rikers Island, filed this civil rights action against Police Officer Cory Smith

("Defendant") in the United States District Court for the Southern District of New York on March

20, 2017.  It was transferred to this Court on May 11, 2017.

        Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted.

The Clerk of Court is directed to prepare a summons for Defendant at the following address:

        Police Officer Cory Smith
        Shield #782
        102nd Precinct
        87-34 118th Street
        Richmond Hill, New York 11418

The United States Marshals Service is directed to serve the summons and Complaint upon

Defendant at the above address without prepayment of fees.  The Clerk of Court is requested to

provide a courtesy copy of the Complaint to the New York City Law Department.

                              **SO ORDERED:**


                              *Peggy Kuo*
                              PEGGY KUO
                              United States Magistrate Judge

Dated:  Brooklyn, New York
           June 12, 2017