COURT'S
EXHIBIT NO. _____
IDENTIFICATION/EVIDENCE
DKT.# _____
DATE: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSHUA MARTINEZ,                          :
                                          :
                         Plaintiff,       :
                                          :
          -against-                       :          **VERDICT SHEET:**
                                          :          **LIABILITY**
                                          :          17-CV-2871 (AMD) (PK)
JAMES WHEELER,                            :
                                          :
                         Defendant.       :
------------------------------------------------------------x

**QUESTION NO. 1: Section 1983 Excessive Force**

     Has the plaintiff Joshua Martinez proven by a preponderance of the evidence that he was subjected to the use of excessive force by the defendant James Wheeler?

     YES _____   NO ___✓___

**Your deliberations on liability are finished.  This verdict form should be signed and dated by the foreperson and given to the Marshal.**

Foreperson: _Vernon Hamblin_

Date: _12-11-2019_